UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSSAM EDDINE HAMRIT

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

CITIGROUP GLOBAL MARKETS, INC.

CITI PERSONAL WEALH MANAGEMENT

CITIGROUP, INC.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☑ **Federal Question**
- ☑ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
31 CFR PT.1020 , 16 CFR ch. 1, sub F, et seq.

12 CFR 1002, et seq., 12 USC 1-5710.

FRAUD, THEFT OF ASSETS

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, HOUSSAM EDDINE HAMRIT , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

ALGERIA.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
      (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, CITIGROUP GLOBAL MARKETS, INC., is incorporated under the laws of the State of New York, N.Y.

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| HOUSSAM | EDDINE | HAMRIT |
|---|---|---|
| First Name | Middle Initial | Last Name |

717 D STREET, NW, SUITE 300

Street Address

| WASHINGTON | DC | 20004 |
|---|---|---|
| County, City | State | Zip Code |

+1(202) 600 6309   HOUSSAM.HAMRIT@GMAIL.COM

Telephone Number   Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **SEE ATTACHED.**
First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 2: **SEE ATTACHED**
First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 3: **SEE ATTACHED**
First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 4: _____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **WASHINGTON, D.C.**

Date(s) of occurrence: **30 NOVEMBER 2021**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE ATTACHED.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

NIL

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

RETURN OF FUNDS WRONGFULLY TAKEN IN THE AMOUT OF USD432,225.00

PLUS PUNITIVE DAMAGES IN THE AMOUNT OF USD10,000,000.00

INTEREST, COSTS AND EXPENSES ASSOCIATED WITH THIS LITIGATION.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 5 DECEMBER 2022 | | Plaintiff's Signature |
|---|---|---|
| Dated | | |
| HOUSSAM | EDDINE | HAMRIT |
| First Name | Middle Initial | Last Name |
| 717 D Street | | |
| Street Address | | |
| Washington | DC | 20004 |
| County, City | State | Zip Code |
| +1(202)600 6309 | | houssam.hamrit@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

~~NONE~~

Hamrit, Houssam Eddine

Name (Last, First, MI)

717 D Street NW,     Washington          DC                 20004

Address              City                State              Zip Code

+1(202) 600 6309                         houssam.hamrit@gmail.com

Telephone Number                         E-mail Address

5 December 2022

Date                                     Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

## DEFENDANTS

1. CITIGROUP GLOBAL MARKETS, INC.
   388 GREENWICH STREET
   NEW YORK, N.Y. 10013

2. CITI PERSONAL WEALTH MANAGEMENT
   388 GREENWICH STREET
   NEW YORK, N.Y. 10013

3. CITIGROUP, INC.
   388 GREENWICH STREET
   NEW YORK, N.Y. 10013



I am a customer of Citibank having held a personal checking and savings account with Citibank since July 2019. On or about 4 May 2020, the relationship manager at the Citibank branch, Mr. Jim Riutta, contacted me encouraging me to open a brokerage account for the trading of stocks. On or about 5 May 2020, this relationship manager opened a brokerage account in my name, and after a period of time, I opened my Citibank online application (the "Citibank App"), and I was surprised to see that a brokerage account had now been included in the Citibank App. I never signed any account opening forms or other documents with respect to this brokerage account. The brokerage account is operated by the defendants Citigroup, Inc., Citi Personal Wealth Management and Citigroup Global Markets Inc. (hereinafter referred to as the "Defendants").

On 30 November 2021 at 10:28 am New York time, I was trying to acquaint myself with the brokerage account function on the Citibank App by reviewing the trading activity of certain shares of AreroClean Technologies Inc. ("AERC). I did not maintain any funds in the brokerage account; all of my assets were in my personal checking and savings accounts with Citibank. I never deposited funds into the brokerage account. As I was monitoring the trading activity of the AERC stock, which had initiated an IPO on 24 November 2021, a malfunction occurred on the brokerage account function of the Citibank App resulting in a "buy" order of 7650 shares of AERC being wrongly executed at the purchase price of USD51.39 per share for a total purchase price of USD393,133.50 excluding estimated commissions of USD2.95. I do not understand how this "buy" order was entered as I was never required to enter any confirmation of this transaction and I was merely monitoring the movement of the AERC stock price over a several days period of time, as the price was dropping dramatically. The Citibank App automatically swept the funds for this transaction from my personal accounts; I never authorized nor approved this action by the Defendants. At the time, the total balance of my personal accounts was USD400,141.65.

I then received a purchase confirmation notice, and I began calling my then Financial Advisor, Mr. Andrew White but I was unsuccessful to reach him. I eventually contacted someone (an unnamed individual) on the Citi Personal Wealth Management customer service number who redirected and redirected my call several times. On 2 December 2021 at 09:56 am EST, I received an email from Mr. Andrew White, which stated *"Please call me as soon as possible. There is an issue with your account that needs to be resolved"*. On 2 December 2021 at 10:03 am EST, I called Mr. Andrew White at his Citibank office when he asked me *"Are you familiar to AERC stocks?"* I explain to him that I was familiar with this stock but that I never intended to purchase any shares as I was only testing the application, and I didn't know what happened with the Citibank App on 30 November 2021; he asked me to call him after 5 or 10 minutes, which I did. I understand that he wanted to record the call. On 2 December 2021 at 10:20 am EST, I again called Mr. White and asked him to open an investigation about the issue concerning the mistaken trade transaction and the malfunction with the Citibank App. All of my telephone calls with Mr. Andrew White were made to his Citibank office phone number and I believe that the Defendants maintain records of these calls..

As stated above, the available balance in my personal accounts on 30 November 2021 was USD400,141.65. But on 2 December 2021, I received a trade confirmation that the transaction was booked to the brokerage account and settled on 2 December. I was shocked to learn that the transaction had been completed at all after having previously reported the issue about the Citibank App malfunction to my Financial Advisor and equally shocked that the transaction was concluded at a share purchase price of USD56.50 for a total purchase price of USD432, 225.00, representing an excess payment amount of USD32, 225.00 above the available balance in my personal accounts. The Defendants then demanded that I pay this excess amount under the threat that they would liquidate the AERC shares should I fail to do so.

I never executed this transaction. The Defendants wrongly took funds from my account resulting in my financial loss of USD432,225.00. Since December 2021, I have tried to obtain full disclosure and specific details from the Defendants regarding this transaction, which they have failed to provide. I have tried amicably to resolve this matter with the Defendants in order to avoid litigation, but the Defendants have refused to accommodate my requests. Accordingly, I demand (i) a full refund of the wrongfully taken funds; (ii) interest on such funds from 30 November 2021 until the date of full restitution; (iii) the costs and expenses incurred to the date of full restitution; and (iv) punitive damages in the amount of USD10,000,000.00.

