UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSSAM EDDINE HAMRIT,<br><br>                          Plaintiff,<br><br>                    v.<br><br>CITIGROUP GLOBAL MARKETS, INC., *et al.*,<br><br>                          Defendants. | 22 Civ. 10443 (JPC)<br><br>ORDER OF SERVICE |

JOHN P. CRONAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants Citigroup Global Markets, Inc., Citi Personal Wealth Management, and Citigroup, Inc. Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Court grants Plaintiff's motion for permission for electronic case filing. *See* Dkt. 2.

    SO ORDERED.

Dated: January 4, 2023
       New York, New York

                                                          JOHN P. CRONAN
                                                United States District Judge