```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HOUSSAM EDDINE HAMRIT,                                                 :
                                                                       :
                          Plaintiff,                                   :
                                                                       :            22 Civ. 10443 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
CITIGROUP GLOBAL MARKETS, INC., et al.,                                :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      In light of the parties' briefing on Defendants' motion to compel arbitration and dismiss or stay this action, Dkt. 20, the parties are directed to file letters of no longer than three pages by January 11, 2024, advising the Court as to their views on whether an evidentiary hearing is necessary to resolve the motion.

      SO ORDERED.

Dated: January 4, 2024  
       New York, New York

                                                JOHN P. CRONAN  
                                           United States District Judge