UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                               :

HOUSSAM EDDINE HAMRIT,                       :

                        Plaintiff,              :
                                                    :        22 Civ. 10443 (JPC)
            -v-                                  :
                                                    :              ORDER
CITIGROUP GLOBAL MARKETS, INC., *et al.*,   :

                     Defendants.           :
                                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has reviewed the opposition filed by *pro se* Plaintiff Houssam Eddine Hamrit to Defendants' motion to compel arbitration and to dismiss or stay this action. *See* Dkts. 33-35. By February 23, 2024, Hamrit shall file a letter with the Court addressing whether he is an attorney and whether he received any legal assistance in drafting his opposition papers or, for that matter, his Complaint.[1] If Hamrit did receive legal assistance, the letter shall explain from whom he received assistance, on which documents he received the assistance, and whether he received assistance on all or only portions of those documents. Hamrit shall not otherwise disclose any details of assistance that he has received, or any legal advice that he has received.

       The Court notes that there is nothing improper about a *pro se* plaintiff receiving legal assistance in draft filings in a case. Whether Hamrit received assistance does, however, affect how the Court construes his Complaint and opposition to the motion to compel. *See, e.g.*, *Bizelia v. Clinton Towers Housing Co.*, No. 20 Civ. 8065 (JPC), 2022 WL 1747763, at *3 (S.D.N.Y. May

---

[1] In addition to Hamrit's opposition brief appearing to have been written by someone trained in the law, the Court notes that the address that Hamrit provided for himself in the Complaint appears to correspond to an address for a law firm in Washington, D.C. *See* Dkt. 1 at 3.

31, 2022); *Silver v. Lavandeira*, No. 08 Civ. 6522 (JSR) (DF), 2009 WL 513031, at *2 n.2 (S.D.N.Y. Feb. 26, 2009).

SO ORDERED.

Dated: February 20, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge