UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HOUSSAM EDDINE HAMRIT,                                             :
                                                                   :
                          Plaintiff,                               :
                                                                   :    22 Civ. 10443 (JPC)
            -v-                                                    :
                                                                   :    ORDER
CITIGROUP GLOBAL MARKETS, INC., *et al.*,                          :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at today's conference, the Court will allow the parties to undertake limited discovery on the issue of whether Plaintiff entered into an arbitration agreement with Citigroup through the Citi Personal Wealth Management Client Agreement that Plaintiff allegedly executed on May 3, 2020.  By April 17, 2024, (1) Plaintiff shall advise Defendants as to whether he intends to have his deposition taken remotely without an interpreter or in person in the United States with an interpreter, (2) the parties shall exchange disclosures of individuals they may call to testify at trial pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), and (3) the parties shall exchange requests for production of documents.  Responses to the requests for production shall be served by May 1, 2024.  All depositions shall be completed by May 17, 2024.

      Pursuant to Federal Rule of Civil Procedure 30(b)(4), the Court permits Defendants' deposition of Plaintiff (provided it is conducted without an interpreter) and, should they so choose, Larry Stewart, to take place via videoconference.  *See SEC v. Aly*, 320 F.R.D. 116, 119 (S.D.N.Y. 2017) ("Ample case law recognizes that a videoconference deposition can be an adequate substitute for an in-person deposition, particularly when significant expenses are at issue or when

the deposition will cover a limited set of topics." (internal quotation marks omitted)). The depositions should take place at a mutually convenient time during Eastern Standard Time working hours.

The Court will hold a status conference on May 28, 2024 at 10:00 a.m. to set a trial date. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: April 3, 2024
New York, New York

JOHN P. CRONAN
United States District Judge