UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                              :

HOUSSAM EDDINE HAMRIT,                                :

                             Plaintiff,                  :               22 Civ. 10443 (JPC)

            -v-                                :               ORDER

CITIGROUP GLOBAL MARKETS, INC., *et al.*,   :

                          Defendants.              :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has received, via email, a copy of the *curriculum vitae* for the individual Plaintiff intends to utilize as a stand-by interpreter during next week's bench trial. Defendants shall advise the Court by 5:00 p.m. on October 18, 2024 whether they intend to object to the interpreter's qualifications to serve as a stand-by interpreter for trial.

        SO ORDERED.

Dated: October 17, 2024
       New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge