**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HOUSSAM EDDINE HAMRIT,

                    Plaintiff,

-against-                      22 **CIVIL** 10443 (JPC)

                    **JUDGMENT**

CITIGROUP GLOBAL MARKETS, INC., et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 8, 2025, dismissal with prejudice is the only way around the impasse that Plaintiff has created. A plaintiff cannot maintain a lawsuit in perpetuity by resisting an order compelling arbitration. The Court has therefore dismissed this action with prejudice. Judgment is entered for Citigroup; accordingly, the case is closed.

**Dated:** New York, New York

      December 9, 2025

                                               **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                     **BY:**    *K. Mango*

                                                        **Deputy Clerk**