UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSSAM EDDINE HAMRIT,<br><br>Plaintiff,<br><br>-v-<br><br>CITIGROUP GLOBAL MARKETS, INC., *et al.*,<br><br>Defendants. | 22 Civ. 10443 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On November 10, 2026, Plaintiff filed a letter motion to file certain exhibits—proposed Exhibits D, L, and N—in support of his anticipated Rule 60(b) motion under seal and some of those exhibits in redacted form. Dkt. 168. On November 16, 2026, the Court ordered Defendants to submit a letter explaining whether their privacy interests in those exhibits outweigh the presumption of access to them. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (balancing the weight of presumption of access to judicial documents against competing considerations, including "the danger of impairing . . . judicial efficiency" and "the privacy interests of those resisting disclosure").

On November 18, 2026, Defendants asked the Court to order Plaintiff to send the proposed Exhibits D, L, and N to permit their review of the exhibits, Dkt. 173, which the Court granted, Dkt. 174. On November 24, 2026, Defendants advised the Court that Plaintiff had provided them with what Plaintiff characterized as "the proposed exhibits as they stand today." Dkt. 175. Defendants further represented that they "do not object to the public filing of the proposed Exhibits D, L, and N, provided they are identical to the exhibits Plaintiff submitted to . . . Defendants for their review

on November 20, 2026." *Id.*

Accordingly, the Court grants Plaintiff's request to file Exhibits D, L, and N, provided those exhibits are identical to the versions submitted to Defendants for their review on November 20, 2026. The Clerk of Court is respectfully directed to close Docket Numbers 168 and 175.

SO ORDERED.

Dated: November 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge